IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JENNIFER MEGAN CLEMENT,<br><br>Defendant. | MEMORANDUM DECISION AND ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE<br><br>Case No. 1:14-CR-17 TS<br><br>District Judge Ted Stewart |

This matter is before the Court on Defendant's Motion for Early Termination of Supervised Release. For the reasons discussed below, the Court will grant the Motion.

I. BACKGROUND

On June 9, 2014, Defendant pleaded guilty to possession with intent to use five or more identification documents. On October 14, 2014, Defendant was sentenced to a term of 24 months in the custody of the Bureau of Prisons, to be followed by 36 months of supervised release.

Defendant began her term of supervision on January 25, 2017. In her Motion, Defendant represents that she has complied with the terms of her supervised release, remained drug free, obtained employment, and made overall improvements in her life. Consultation with Defendant's supervising officer confirms that she has done well on supervision. The government was provided notice of the Motion, has had a reasonable opportunity to object, and has not done so.[1]

---

[1] *See* Fed. R. Crim. P. 32.1(c)(2)(C).

## II. DISCUSSION

18 U.S.C. § 3583(e) permits the Court to terminate supervised release at any time after a defendant has completed at least one year of supervised release, but prior to completion of the entire term, if the Court is satisfied that such action is (1) warranted by the conduct of an offender and (2) is in the interest of justice. In making this determination, the Court is directed to consider the factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable.

Having considered these factors, reviewed the docket and case file, and consulted with Defendant's supervising officer, the Court finds that early termination of Defendant's term of supervised release is both warranted by the conduct of the offender and in the interest of justice.

## III. CONCLUSION

It is therefore

ORDERED that Defendant's Motion for Early Termination of Supervised Release (Docket No. 521) is GRANTED. It is further

ORDERED that Defendant's term of supervised release shall be terminated effective immediately and this case shall be closed.

DATED this 4th day of March, 2019.

BY THE COURT:

_____
Ted Stewart
United States District Judge